MAUDE ZEMETRA ET AL., APPELLANTS, v. FENCHEL REALTY CO., INC., RESPONDENT.

Submitted October 25, 1946—Decided January 17, 1947.

For the appellants, *Alfred Brenner*.

For the respondent, *Wall, Haight, Carey & Hartpence* and *Gerald F. O'Mara*.

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Bodine, Donges, Perskie, Wachenfeld, Eastwood, Wells, Rafferty, Dill, Freund, McGeehan, McLean, JJ. 13.

*For reversal*—None.